IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In the Matter of:

DVORAK, PETER T.

CASE No. 9-11-bk-07437-BSS
Chapter 7

Debtor(s)/

## NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE AT PUBLIC SALE

TO: Creditors, Debtor(s) and Parties in Interest:
DIANE L. JENSEN, the Trustee duly appointed and acting for the above captioned estate, reports that she intends to hold a public sale on or after 21 days of the service of this notice, at a location to be designated by the Trustee, to sell the following property of the estate under the terms and conditions stated:

1. Description of property: 2 couches; 3 tables; 2 lamps; Stereo cabinet w/TV; 1 Rug; 2 pictures; One table, five chairs; Clock; 1 picture; 1 rug ; 1 bed; 2 night tables; 2 lamps; 1 dresser; 1 clock; 1 plant; 1 mirror; 1 stand w/TV; Soft goods; 2 twin beds w/headboards; 1 nightstand; 1 picture; 1 dresser w/mirror; 1 lamp; 1 TV; Soft goods; Washing machine & Dryer; Stove; Refrigerator; Microwave

**PRICE: HIGHEST BID** (If the Trustee does not feel that the bidding is bringing reasonable value for any particular item, she has the right to withdraw any item from sale.)

**NOTICE is hereby given that if a vehicle (or boat) is being sold:** the Trustee intends to store the vehicle pending sale at auction. The **Storage charges are currently $25.00 per day**. If the vehicle is sold, the storage charges will be paid from the proceeds first received. In the unlikely event that the vehicle is not sold, the Trustee will give notice to the lienholder, if any, and to the debtor, of their right to recover the vehicle, and the lienholder or debtor must pay the storage charges to recover the vehicle. If the Trustee is holding the original title, the title will be forwarded to the storage company, to be held by them pending payment of storage fees. **THE PARTY PICKING UP THE VEHICLE FROM STORAGE IS RESPONSIBLE FOR PAYMENT OF STORAGE FEES.**

2. To: **HIGHEST BIDDER** Payment: **ALL CASH ON CLOSE OF BIDDING**

| NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING |
|---|
| Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602-3899, and serve a copy on the movant's attorney, DIANE L. JENSEN, P. O. Drawer 1507, Fort Myers, FL 33902-1507, and a copy on Assistant U. S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602.<br>If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested. |
| NOTICE: For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. |

> The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency. (This provision does not apply to real estate)

3. The property is being sold subject to the following liens and encumbrances (SEE NOTICE ON PAGE 1 REGARDING STORAGE FEES, IF ANY):

Lienholder name & address                                Amount of Lien
No Known Liens

**The Buyer of any personal property, such as a vehicle, boat, trailer, etc., being sold subject to a lien is required to pay off the lien directly to the lienholder within seven (7) days of the issuance of a Bill of Sale.**

Trustee has noted all liens of which she has knowledge, however, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTE: Any parties interested in bidding on the above-described property should send a stamped-self addressed, business size envelope to the Trustee shown below to obtain a copy of the sale notice to buyers with the day, time and location of the sale, since the sale date is subject to change.**

NOTICE IS HEREBY GIVEN that all objections to the sale described above shall be in writing and shall be filed with the United States Bankruptcy Court, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602-3899, and a copy of same shall be served on the Trustee within twenty (20) days from the date of mailing. The objection shall state the reasons therefor and shall include a request for a hearing on the objection. If no objection is filed, the sale described above will take place.

  I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to CYNTHIA P. BURNETTE, Ass't U.S. Trustee, this June 29, 2011

                 /s/DIANE L. JENSEN
                 Diane L. Jensen, Trustee
                 P. O. Drawer 1507
                 Fort Myers, FL 33902-1507
                 (239) 336-6263
                 (239) 332-2243 - fax

F:\WPDATA\SUE\WORDDOCS\SALES\Dvorak.SaleNtc.doc

Debtor Address:
P.O. BOX 1425
NAPLES, FL 34106