**[87odrex]** [ORDER DIRECTING – OBJECTION TO EXEMPTIONS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:  Case No. 9:11–bk–07437–BSS
Chapter 7

Peter T. Dvorak
P.O. Box 1425
Naples, FL 34106

_____Debtor*_____/

ORDER DIRECTING RESPONSE TO
OBJECTION TO EXEMPTIONS

THIS CASE came on for consideration upon the Objection to Exemptions filed by Trustee on July 13, 2011 . The Court having considered the objection finds that it was properly served on the Debtor and Debtors' attorney and is appropriate, pursuant to Fed. R. Bankr. P. 9014, to direct the Debtor to file a written response within twenty–one (21) days from the date of entry of this Order. Accordingly, it is

ORDERED:

1. The Debtor is directed to file a written response to the objection within twenty–one (21) days from the date of entry of this Order.

2. If the Debtor fails to timely file a written response, the Court will consider the objection ex parte upon submission of the appropriate order by the objecting party without further notice.

BY THE COURT

Dated: July 14, 2011

_____
Barry S. Schermer
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.