UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:                                                           Case No. 9:11-bk-07437

Peter T. Dvorak,
                                                                 Chapter 7
            Debtor.
_____/

## CITISTIC RESOURCES LLC'S VERIFIED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

---
**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this Motion without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, and serve a copy on the Movant's attorney, Jeffrey W. Leasure, Esq., JEFFREY W. LEASURE, P.A., P.O. Box 61169, Fort Myers, FL 33906-1169.

If you file and serve an objection within the time permitted and the objection reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice of hearing, and may grant the relief requested.

---

Citistic Resources LLC, by and through its undersigned counsel, hereby file this Motion for Relief from the Automatic Stay to pursue and liquidate certain claims against Peter T. Dvorak (the "Debtor") in state court, pursuant to 11 USC § 362(d)(1) and Fed. R. Bankr. P. 4001(a), and in support thereof state as follows:

1. This Court has jurisdiction over this motion pursuant to 28 USC §§ 157(b)(2)(G) and 1334.

2. The statutory predicates for the relief requested are 11 USC §§ 362(d)(1) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. Citistic Resources is a limited liability company whose sole member is Steven Iltz.

4. As set forth in the Verified Motion for Relief from the Automatic Stay filed on July 7, 2011 (Docket #38) (the "Motion to Lift Stay") by Steven Iltz, James Randel III and MIS Vidas Trust, the Debtor induced the sales of certain securities by making materially untrue statements of fact and omitting to state material facts necessary in order to make the statements made, in light of the circumstances under which they are made, not misleading, in violation of Or. Rev. Stat. 59.115(b), 59.135, and Rule 10b-5 of the Securities Exchange Act.

5.  Some of these securities were sold to Citistic Resources. As a result, Citistic Resources believes it has the same claims against the Debtor as those described in the Motion to Lift Stay filed by Mr. Iltz, Mr. Randel and MIS Vidas Trust.

6.  For the same reasons set forth in the Motion to Lift Stay, the Court should lift the stay to allow Citistic Resources LLC to liquidate its claims against the Debtor, in tandem with Mr. Iltz, Mr. Randel and MIS Vidas Trust, to the extent such claims are the basis of Section 523(a)(19) and other Section 523 nondischargeability claims, in a non-bankruptcy forum.

WHEREFORE, Citistic Resources LLC respectfully requests that the Court enter an Order lifting the automatic stay to the extent described herein.

Dated this 18th day of July, 2011.

Jeffrey W. Leasure, Esq.
Florida Bar No. 348287
JEFFREY W. LEASURE, P.A.
Attorneys for Steven Iltz,
James Randel III and MIS Vidas Trust
P.O. Box 61169
Fort Myers, FL 33906-1169
Telephone No. (239) 275-7797
Telefax No. (239) 275-6856
Email: jwl@leasurelaw.com

Under penalty of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief.

Citistic Resources LLC

By: Steven Iltz
Its: Member

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished Electronically or by Regular U.S. Mail to Debtor, Peter T. Dvorak, P.O. Box 1425, Naples, FL 34106; Monique Hayes, Esq., Genovese Joblove & Battista, PA, 100 Southeast 2nd Street, Suite 4400, Miami, FL 33131; and Diane L. Jensen, Trustee, P.O. Drawer 1507, Fort Myers, FL 33902); on this 18th day of July, 2011.

By: JEFFREY W. LEASURE