UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

PETER T. DVORAK

    Debtor.
_____/

CASE NO. 9:11-BK-07437-FTM
Chapter 7

## DEBTOR'S OBJECTION TO STEVEN ILTZ, JAMES RANDELL, III AND MIS VIDAS TRUST'S VERIFIED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Peter T. Dvorak, debtor in the above-styled chapter 7 proceeding (the "Debtor"), by and through undersigned counsel files this response in opposition to Steven Iltz, James Randell, III and Mis Vidas Trust's (the "Movants") Verified Motion for Stay Relief.

1. The Motion seeks relief from the automatic stay so that the Movants can commence and prosecute various fraud proceedings against the Debtor.

2. The Debtor has and continues to deny all allegations of fraud and wrong doing.

3. Because the Motion asserts claims that may affect the dischargability of certain debts, the Debtor does not consent to the relief requested therein, and respectfully requests that the Court set a hearing on the Motion

Dated this 28[h] day of July, 2011.

    GENOVESE JOBLOVE & BATTISTA, P.A.
    Counsel for Debtor
    100 Southeast Second Street
    Miami, Florida 33131
    Telephone: (305) 349-2300
    Facsimile : (305) 349-2310

    By:    /s/ Monique D. Hayes
        Monique D. Hayes, Esq.
        Florida Bar No. 0843571

10609-001/#47

mhayes@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF upon all parties listed below this 28th day of July, 2011.

By: /s/ Monique D. Hayes
Monique D. Hayes, Esq.

## SERVICE LIST

**VIA CM/ECF**
Jeffrey W. Leasure, Esq.
Jeffrey W. Leasure, P.A.
P.O. Box 61169
Fort Myers, FL 33906

10609-001/#47