UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                                   Case No. 9:11−bk−07437−BSS
                                                                                         Chapter 7

Peter T. Dvorak
P.O. Box 1425
Naples, FL 34106


_____Debtor*_____/


ORDER ON MOTION TO LIFT STAY

   THIS CASE came on for consideration, without a hearing, upon the Motion for Relief from Stay filed by Steven Iltz, James Randel III and MIS Vidas Trust on July 7, 2011 . The Court has considered the record and finds that no Order was entered within the 30 days from the date of the Motion to extend the automatic stay as required by Section 362(c)(1) of the Bankruptcy Code, thus the automatic stay expired and no longer applies. Accordingly it is

   **ORDERED** that the moving party is hereby authorized to proceed in a court of competent jurisdiction as necessary to enforce whatever rights it has against the property described in the Motion, provided, however, that it shall not seek or obtain an in personam money judgment against the Debtor. In light of the foregoing, it is unnecessary to rule on the Motion to Lift the Automatic Stay.

                              BY THE COURT

Dated:  August 31, 2011

                              _____
                              Barry S. Schermer
                              United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.