UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:  Case No. 9:11–bk–07437–BSS
Chapter 7

Peter T. Dvorak
P.O. Box 1425
Naples, FL 34106

       Debtor*    /

ORDER ON MOTION FOR REHEARING OR RECONSIDERATION

   THIS CASE came on for consideration upon the Motion for Rehearing or Reconsideration (Doc. # 76 ) filed by Citistic Resources, LLC, Steven Iltz, James Randel III and MIS Vidas Trust , regarding this Court's Order titled Order On Motion to Lift Stay , entered on August 19, 2011 and August 31, 2011 . The Court having considered the motion, together with the record, finds that the movant, together with all interested parties, should be allowed to argue the merits of the motion. Accordingly, it is

   **ORDERED**:

   1. That the oral argument on the merits of the Motion for Rehearing or Reconsideration filed by Citistic Resources, LLC, Steven Iltz, James Randel III and MIS Vidas Trust is hereby scheduled for hearing on October 4, 2011 at 4:00 p.m. in Ft. Myers, FL – Room 4–117, Courtroom E, United States Courthouse, 2110 First Street .

   Appropriate Courtroom Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice as an additional security measure a photo ID is required for entry into the Courthouse.

BY THE COURT

Dated: September 7, 2011

_____
Barry S. Schermer
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.